1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 TRINIDAD R. GONZALEZ,                    )
                                          )
6            Plaintiff,                    )
                                          )        NO.  CV-10-348-JPH
7       vs.                                )
                                          )        **JUDGMENT IN A**
8 MICHAEL J. ASTRUE,                       )        **CIVIL CASE**
  Commissioner of Social Security,         )
9                                          )
             Defendant.                    )
10                                         )
   _____)
11

12       **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14 and a decision has been rendered.

15       **IT IS ORDERED AND ADJUDGED** that:

16       Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is

17 **REMANDED** for additional proceedings pursuant to sentence four of   42 USC §

18 405(g), and Judgment is entered for Plaintiff.

19       DATED this  2nd  day of  March, 2012.

20

21                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
22

23                                    by: __s/ Karen White_____
                                          Deputy Clerk
24

25 cc: all counsel

26